United States District Court for the <u>Southern District of Ohio</u>

District of <u>Western Division</u>

| |
|---|
| Bd. of Trustees of the Plumbers, Pipefitters & Mechanical Equipment Service Local 392 Pension Fund, et al. |

                                        Plaintiff,

vs.                                                Case No. <u>1:13-cv-00004</u>

| |
|---|
| Susan L. Humbert d/b/a Genesis Mechanical, et al. |

                                        Defendant.

# NOTICE OF APPEAL

Notice is hereby given that <u>all Plaintiffs</u>,
<i>Name all parties taking the appeal</i>

hereby appeal to the United States Court of Appeals for the Sixth Circuit from

<u>Opinion and Order Granting in Part Motion for Reconsideration (Docket No. 84)</u>
<i>The final judgment, from an order describing it</i>

entered in this action on the   <u>30</u>   day of                             <u>March , 2017</u>  .

                                                            (s)<u>Joseph E. Mallon (0085786)</u>

                                                          Address:<u>311 S. Wacker Drive</u>

                                                            <u>Suite 1050, Chicago, IL 60606</u>

                                              Attorney for <u>Plaintiffs/Appellants</u>

**Note to inmate filers:** If you are an inmate confined in an institution and you seek the timing benefit of Fed. R. App. P. 4(c)(1), complete Form 7 (Declaration of Inmate Filing) and file that declaration along with this Notice of Appeal.

cc: Opposing Counsel [✓]
     Court of Appeals [✓]

6CA-3
11/16

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 18, 2017, he filed the foregoing Notice of Appeal with the Clerk of Court of the U.S. District Court, Southern District of Ohio, using the electronic case filing system of the Court, which will electronically send a Notice of Electronic Filing to the following attorneys of record who have consented to accept such Notice as service of this document by electronic means:

Paul D. Dorger
Caroline K. Musekamp
Keating Muething & Klekamp PLL
One East 4th Street
Suite 1400
Cincinnati, OH 45202
pdorger@kmklaw.com
cmusekamp@kmklaw.com
*Attorney for Defendants*
*Steve Reece d/b/a Genesis Mechanical Services*
*Genesis Mechanical Services, Inc.*

Douglas M. Morehart
Haverkamp Riehl & Michel, Co. LPA
5656 Glenway Ave.
Cincinnati, Ohio 45238
dmorehart@hrm-law.com
*Attorney for Defendants*
*Steve Humbert and Susan Humbert d/b/a*
*Genesis Mechanical*

/s/ Joseph E Mallon
One of Plaintiffs' Attorneys