UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE PLUMBERS, PIPE FITTERS & MECHANICAL EQUIPMENT SERVICE, LOCAL UNION NO. 392 PENSION FUND, et al. | Case No.: 1:13cv004 |
| | Judge Michael R. Barrett |
| Plaintiff, | |
| vs. | |
| SUSAN L HUMBERT, et al. | |
| Defendants. | |

**ORDER**

This matter is before the Court on Plaintiffs' Motion for Attorney Fees (Doc. 91) and Defendants' Motion to Stay Briefing on Plaintiffs' Motion for Attorney's Fees and Costs Pending Appeal (Doc. 92).

On March 12, 2018, the Sixth Circuit dismissed the parties' appeal and cross-appeal for lack of jurisdiction finding the undersigned's judgment was not final for purposes of appellate jurisdiction.[1] The Sixth Circuit held, in part, that this Court had not determined the amount of damages Local 392 was entitled. Accordingly, a hearing to determine the appropriate amount of damages is necessary.

Therefore, upon consideration, the Court finds Plaintiffs' Motion for Attorney Fees (Doc. 91) is premature, and is **DISMISSED WITHOUT PREJUDICE TO REFILING**. Defendants' Motion to Stay (Doc. 92) is **DENIED AS MOOT**.

---

[1] The mandate has not yet been issued.

**IT IS SO ORDERED.**

                                                              *s/Michael R. Barrett*
                                                  Michael R. Barrett, Judge
                                                  United States District Court