**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI**

| | | |
|---|---|---|
| BOARD OF TRUSTEES OF THE PLUMBERS, | **:** | |
| PIPEFITTERS & MECHANICAL EQUIPMENT | **:** | |
| SERVICE, LOCAL UNION NO. 392 PENSION | **:** | Case No. 13-CV-0004 |
| FUND *et al.*, | **:** | |
| | **:** | |
| Plaintiffs, | **:** | Judge Michael R. Barrett |
| | **:** | |
| vs. | **:** | |
| | **:** | |
| SUSAN L. HUMBERT d/b/a GENESIS | **:** | |
| MECHANICAL, an individual and sole | **:** | **STIPULATED JUDGMENT** |
| proprietor; | **:** | **ORDER** |
| STEVEN L. HUMBERT d/b/a GENESIS | **:** | |
| MECHANICAL, an individual and sole | **:** | |
| proprietor; | **:** | |
| STEVE REECE formerly d/b/a GENESIS | **:** | |
| MECHANICAL SERVICES, an individual and | **:** | |
| sole proprietor; and | **:** | |
| GENESIS MECHANICAL SERVICES, INC., an | **:** | |
| Ohio Corporation; | **:** | |
| | **:** | |
| Defendants. | **:** | |

_____

Plaintiffs, the BOARD OF TRUSTEES OF THE PLUMBERS, PIPEFITTERS &

MECHANICAL EQUIPMENT SERVICE, LOCAL UNION NO. 392 PENSION FUND *et al.*

("Trust Funds"), by and through their counsel, Joseph E. Mallon and Jeffrey A. Krol of Johnson

& Krol, LLC, the Defendants STEVEN HUMBERT ("Steven") and SUSAN HUMBERT

("Susan"), by and through their counsel, Douglas M. Morehart of Haverkamp Riehl & Michel, Co.

LPA, and the Defendant STEVE REECE ("Reece") and GENESIS MECHANICAL SERVICES,

INC. ("GMSI"), by and through his counsel, Bryce J. Yoder and Caroline K. Musekamp of

Keating, Muething & Klekamp, PLL, hereby stipulate to entry of a Judgment in favor of the

Plaintiffs as follows:

WHEREAS, on February 23, 2016, the Court granted Plaintiffs' motion for summary judgment on the issue of liability against Steven, Susan, Reece, and GMSI (Doc. 61);

WHEREAS, the February 23, 2016 order granted Plaintiffs leave to petition the Court for entry of judgment in sum certain to include all contributions revealed by a payroll compliance audit, including liquidated damages resulting from the unpaid contributions and Plaintiffs' attorney's fees and costs (Doc. 61);

WHEREAS, on March 30, 2017, the Court granted Reece and GMSI's Motion for Reconsideration and/or Clarification, in part, and denied Steven and Susan's Motion for Reconsideration and/or Clarification (Doc. 84);

WHEREAS, there being no dispute amongst the Parties as to the amount of damages due Plaintiffs based upon the Court's March 30, 2017 decision as to liability and Plaintiffs' payroll compliance audit for the period of January 1, 2010 through August 11, 2011, the Parties agree to the entry of a Stipulated Judgment in accordance with the terms below:

**IT IS HEREBY STIPULATED AND ORDERED AS FOLLOWS:**

1.  Judgment is hereby entered in favor of the Plaintiffs and against the Defendants Steven, Susan, and Reece, jointly and severally, in the amount of $45,304.16, which is itemized as follows:

    A.  $41,948.30 in contribution deficiencies as revealed by the Plaintiffs' payroll compliance audit during the period of January 1, 2010 through August 11, 2011; and

    B.  $3,355.86 in liquidated damages resulting from the $41,948.30 in contribution deficiencies.

2.     The Plaintiffs are authorized to petition the Clerk of Court for an award of costs and the Court for an award of attorney's fees in accordance with Local Rule 54.1 and Rule 54 of the Federal Rules of Civil Procedure.

 

                                  s/ Michael R. Barrett
                                  Michael R. Barrett, Judge
                                  United States District Court

**Agreed and So Stipulated:**

**BOARD OF TRUSTEES OF THE
PLUMBERS, PIPE FITTERS &
MECHANICAL EQUIPMENT SERVICE,
LOCAL UNION NO. 392 PENSION FUND,
*et al.***

/s/ Joseph E. Mallon
Joseph E. Mallon (0085786)
Jeffrey A. Krol (*admitted pro hac vice*)
*Counsel for Plaintiffs*
JOHNSON & KROL, LLC
311 South Wacker Drive, Suite 1050
Chicago, Illinois 60606
Telephone:  (312) 372-8587
Facsimile:  (312) 255-0449
mallon@johnsonkrol.com

**SUSAN L. HUMBERT and
STEVEN L. HUMBERT**

/s/ Douglas M. Morehart
Douglas M. Morehart
*Counsel for Defendants Steven and Susan
Humbert*
HAVERKAMP REIHL & MICHEL
5856 Glenway Avenue
Cincinnati, OH  45238
dmorehart@hrm-law.com

**GENESIS MECHANICAL SERVICES,
INC. and STEVE REECE**

/s/ Bryce J. Yoder
Bryce J. Yoder
*Counsel for Defendants Genesis
Mechanical Services, Inc. and Steve Reece*
KEATING MUETHING & KLEKAMP PLL
One East Fourth Street, Suite 1400
Cincinnati, OH  45202
byoder@kmklaw.com