# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| Board of Trustees of the Plumbers, Pipefitters & Mechanical Equipment Service, Local Union No. 392 Pension Fund, et al., <br><br> Plaintiffs, <br><br> -v- <br><br> Susan L. Humbert dba Genesis Mechanical, et al., <br><br> Defendants. | Case No. 13-CV-0004 <br><br> Judge Michael R. Barrett <br><br> **NOTICE OF APPEAL** |

NOTICE IS HEREBY GIVEN that Defendants Steve Reece and Genesis Mechanical Services, Inc. hereby appeal to the United States Court of Appeals for the Sixth Circuit from the Stipulated Judgment Order, entered in this action on the 23rd day of July, 2018 [DE # 101].

Dated this 23rd day of July, 2018.

 

Respectfully submitted,

*/s/ Bryce J. Yoder*
Bryce J. Yoder (0089816)
Caroline K. Musekamp (0086345)
KEATING, MUETHING & KLEKAMP, PLL
One East Fourth Street, Suite 1400
Cincinnati, Ohio 45202
Phone: (513) 579-6400
Fax: (513) 579-6457
byoder@kmklaw.com
cmusekamp@kmklaw.com

*Attorneys for Defendants*
*Steve Reece and Genesis Mechanical Services, Inc.*

## CERTIFICATE OF SERVICE

    I hereby certify that on July 23, 2018 the foregoing is being filed with the Clerk of Court of the U.S. District Court, Southern District of Ohio, using the electronic case filing system of the Court, which electronically will send a "Notice of Electronic Filing" to the following attorneys of record, who have consented to accept such a Notice as service of this document by electronic means:

Joseph E. Mallon
Jeff Krol
Johnson & Krol, LLC
300 South Wacker Drive, Suite 1313
Chicago, Illinois 60606
mallon@johnsonkrol.com
*Attorneys for Plaintiffs*

Douglas M. Morehart
Haverkamp Riehl & Michel, Co. LPA
5656 Glenway Ave.
Cincinnati, Ohio 45238
dmorehart@hrm-law.com
*Attorney for Defendants*
*Steve Humbert and Susan Humbert d/b/a Genesis Mechanical*

                                                     */s/ Bryce J. Yoder*
                                                     Bryce J. Yoder

8464016.1