**United States District Court for the** _____

**District of** _____

[          ]

Plaintiff,

vs.                                                                                          Case No. _____

[          ]

Defendant.

# NOTICE OF APPEAL

Notice is hereby given that _____,
*Name all parties taking the appeal*

hereby appeal to the United States Court of Appeals for the Sixth Circuit from

_____
*The final judgment, from an order describing it*

entered in this action on the _____ day of _____, _____.

(s)_____

Address:_____

_____

_____

Attorney for _____

**Note to inmate filers:** If you are an inmate confined in an institution and you seek the timing benefit of Fed. R. App. P. 4(c)(1), complete Form 7 (Declaration of Inmate Filing) and file that declaration along with this Notice of Appeal.

cc:  Opposing Counsel
     Court of Appeals

6CA-3
11/16

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned hereby certifies that on today's date, July 23, 2018, he filed the foregoing Notice of Appeal with the Clerk of Court of the U.S. District Court, Southern District of Ohio, using the electronic case filing system of the Court, which will electronically send a Notice of Filing to the following attorneys of record who have consented to accept such Notice as service of this document by electronic means:

>Bryce James Yoder
>Caroline K. Musekamp
>Keating Muething & Klekamp PLL
>One East 4th Street
>Suite 1400
>Cincinnati, OH 45202
>byoder@kmklaw.com
>cmusekamp@kmklaw.com
>*Attorney for Defendants*
>*Steve Reece d/b/a Genesis Mechanical Services*
>*Genesis Mechanical Services, Inc.*

>Douglas M. Morehart
>Haverkamp Riehl & Michel, Co. LPA
>5656 Glenway Ave.
>Cincinnati, Ohio 45238
>dmorehart@hrm-law.com
>*Attorney for Defendants*
>*Steve Humbert and Susan Humbert d/b/a*
>*Genesis Mechanical*

/s/ Joseph E Mallon<br>One of Plaintiffs' Attorneys